16214.  SOUTHERN RAILWAY COMPANY v. CLARK.

JENKINS, P. J.  The judgment rendered by this court in this case (34 Ga.
App. 312, 129 S. E. 293), having been reversed on certiorari by the Su-
preme Court (162 Ga. 616, 134 S. E. 605), is vacated, and the judgment
of the trial court, refusing to strike the petition on demurrer, is
                              Reversed.  Stephens and Bell, JJ., concur.
                   DECIDED OCTOBER 13, 1926.

Damages; from Fulton superior court—Judge Humphries.  De-
cember 23, 1924.

McDaniel & Neely, Rembert Marshall, for plaintiff in error.
R. B. Blackburn, contra.

Appeal and Error, 4 C. J. p. 1247, n. 33 New.